## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 18-12507-ELF

ELLEN  PENOT

59 RALSTON AVENUE

HAVERTOWN, PA 19083

    Debtor

### CERTIFICATE OF SERVICE

**AND NOW,** comes William C. Miller, Esquire, chapter 13 standing trustee, and certifies that he served the attached Objection to Confirmation of Chapter 13 Plan on the following parties

**Debtor(s), at the address listed, by first class mail.**
    ELLEN  PENOT

    59 RALSTON AVENUE

    HAVERTOWN, PA 19083

**Counsel for debtor(s), by electronic notice only.**
    DANIEL T MCGRORY ESQUIRE
    144 E DEKALB PIKE
    STE 300
    KING OF PRUSSIA, PA 19406

**Counsel for the United States Trustee, by electronic notice only.**
    Office of the U.S. Trustee
    Eastern District of Pennsylvania
    833 Chestnut Street, Suite 500
    Philadelphia, PA  19107

        /s/ William C. Miller

Date: 7/18/2018

        _____
        William C. Miller, Esquire
        Chapter 13 Standing Trustee