# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : CHAPTER 13 |
|     ELLEN PENOT | : |
| | : |
|                   DEBTOR | : BANKRUPTCY NO. 18-12507 |

## CERTIFICATE OF SERVICE

I, Daniel T. McGrory, Esquire, hereby certify that on July 24, 2018, I have served a true and correct copy of First Amended Chapter 13 Plan on the following persons by United States first class mail, postage pre-paid, addressed as follows:

See attached

Bello, Reilley, McGrory & DiPippo, P.C.

Date: July 24, 2018

BY: /s/ Daniel T. McGrory
Daniel T. McGrory, Esquire
144 E. DeKalb Pike, Suite 300
King of Prussia, PA 19406
(610) 992-1300

US Attorney Office
c/o Virginia Powel, Esq.
Room 1250
615 Chestnut St.
Philadelphia, PA  19106-4404

Capital One, N.A.
c/o Becket and Lee LLP
Malvern PA  17106-0601

Fedloan Servicing
P.O. Box 60610
Harrisburg, PA  17106-0610

Patrick J. Wesner, Esquire
Parker McCay P.A.
9000 Midlantic Drive, Ste. 300
Mount Laurel, NJ  08054-5054

The Bank of New York Mellon Trustee
8742 Lucent Blvd., Ste. 300
Highlands Ranch, CO  80129-2386

William C. Miller, Esquire
Chapter 13 Trustee
PO Box 1229
Philadelphia, PA  19105-1229

City of Philadelphia School District
Municipal Services Blvd.
1401 John F. Kennedy Blvd. 5th Fl.
Philadelphia PA  19102-1617

Philadelphia
900 Market St. Ste. 400
Philadelphia, PA  19107-4233


GM Financial
PO Box 181145
Arlington, TX  76096-1145


Specialized Loan Servicing LLC
8742 Lucent Blvd., Ste. 300
Hidden Ranch, CO  80129-2386

United States Trustee
Office of the U.S. Trustee
833 Chestnut Street, Ste. 500
Philadelphia, PA  19107


Pennsylvania Dept. of Revenue
Bankruptcy Division
PO Box 280946
Harrisburg PA  17128-0946


Accounts Advocate Agency
510 N. Park Rd.
#1
Reading, PA  19610-2941


Ellen Penot
59 Ralston Ave.
Havertown, PA  19083


Kohls Dept. Store
PO Box 3115
Milwaukee WI  53201-3115


The Bank of New York Mellon
FKA The Bank of New York as Trustee et al
c/o Rebecca Ann Solarz
710 Market Street, Ste. 5000
Philadelphia, PA  19106-2313

City of Philadelphia
City of Philadelphia Law Dept.
Tax Unit/Bankruptcy Dept.
1515 Arch St., 15th Fl.
Philadelphia, PA  19102