# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| Ellen Penot | : | |
| | : | NO. 18-12507-elf |

## CERTIFICATE OF SERVICE

Daniel T. McGrory, Esquire, certifies that the Notice of Application for Approval of Counsel Fees with 20-days for filing of objections thereto was mailed First Class Mail, postage prepaid to the following people at the following addresses:

SEE ATTACHED LIST

/s/Daniel T. McGrory
DANIEL T. MCGRORY, ESQUIRE
Dated: Sept 12, 2018               Attorney for Debtor

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0313-2<br>Case 18-12507-elf<br>Eastern District of Pennsylvania<br>Philadelphia<br>Wed Sep 12 11:19:03 EDT 2018 | (p)CITY OF PHILA SCHOOL DISTRICT OF PHILA<br>MUNICIPAL SERVICES BUILDING<br>1401 JOHN F KENNEDY BLVD 5TH FLOOR<br>PHILADELPHIA PA 19102-1617 | Pennsylvania Department of Revenue<br>Bankruptcy Division<br>P.O. Box 280946<br>Harrisburg, PA 17128-0946 |
| U.S. Attorney Office<br>c/o Virginia Powel, Esq.<br>Room 1250<br>615 Chestnut Street<br>Philadelphia, PA 19106-4404 | Philadelphia<br>900 Market Street<br>Suite 400<br>Philadelphia, PA 19107-4233 | Accounts Advocate Agency<br>510 N. Park Road<br>#1<br>Reading, PA 19610-2941 |
| Capital One, N.A.<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern PA 19355-0701 | Daniel T. McGrory, Esquire<br>Bello, Reilley, McGrory & DiPippo, P.C.<br>144 E. DeKalb Pike<br>Suite 300<br>King of Prussia, PA 19406-2150 | Ellen Penot<br>59 Ralston Avenue<br>Havertown, PA 19083-2237 |
| Fedloan Servicing<br>P.O. Box 60610<br>Harrisburg, PA 17106-0610 | GM Financial<br>P.O. Box 181145<br>Arlington, TX 76096-1145 | Kohl's Department Store<br>P.O. Box 3115<br>Milwaukee, WI 53201-3115 |
| Patrick J. Wesner, Esquire<br>Parker McCay P.A.<br>9000 Midlantic Drive, Suite 300<br>P.O. Box 5054<br>Mount Laurel, NJ 08054-5054 | Specialized Loan Servicing LLC<br>8742 Lucent Boulevard<br>Suite 300<br>Hidden Ranch, CO 80129-2386 | The Bank of New York Mellon<br>FKA The Bank of New York as Trustee etal<br>c/o REBECCA ANN SOLARZ<br>710 Market Street, Suite 5000<br>Philadelphia, PA 19106-2312 |
| The Bank of New York Mellon Trustee (See 410<br>c/o Specialized Loan Servicing LLC<br>8742 Lucent Blvd, Suite 300<br>Highlands Ranch, Colorado 80129-2386 | United States Trustee<br>Office of the U.S. Trustee<br>833 Chestnut Street<br>Suite 500<br>Philadelphia, PA 19107-4405 | DANIEL T. MCGRORY<br>Pizonka, Reilley, Bello & McGrory, P.C.<br>144 East DeKalb Pike<br>Suite 300<br>King of Prussia, PA 19406-2150 |
| WILLIAM C. MILLER, Esq.<br>Chapter 13 Trustee<br>P.O. Box 1229<br>Philadelphia, PA 19105-1229 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

City of Philadelphia
City of Philadelphia Law Dept.
Tax Unit/Bankruptcy Dept
1515 Arch Street 15th Floor
Philadelphia, PA 19102-1595

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)The Bank of New York Mellon FKA The Bank o | (d)Ellen Penot<br>59 Ralston Avenue<br>Havertown, PA 19083-2237 | End of Label Matrix<br>Mailable recipients   18<br>Bypassed recipients    2<br>Total                  20 |