UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN Re:

| | |
|---|---|
| ELLEN PENOT | : CHAPTER 13 |
| | : |
| | : NO. 18-12507-elf |
| DEBTOR | : |

## CERTIFICATE OF NO OBJECTION

I, Daniel T. McGrory, certify that no objection has been filed to the Debtor's Attorney's Application for Compensation.

Bello. Reilley, McGrory & DiPippo, P.C.

Date: Oct. 2, 2018               By /s/ *Daniel T. McGrory*
                                 Daniel T. McGrory, Esquire