**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| IN RE: | : | CHAPTER 13 |
|---|---|---|
| Ellen Penot | : | |
| | : | NO. 18-12507-elf |

## ORDER

AND NOW, this 4th day of ____October____, 2018, upon review of the Application for Approval of counsel Fees by Daniel T. McGrory, Esquire, it is hereby,

**ORDERED** that compensation of Two Thousand Five Hundred Dollars ($2,500), is hereby **ALLOWED**. One Thousand Five Hundred Dollars ($1,500) was paid prior to filing and One Thousand Dollars ($1,000) will be paid through the confirmed Amended Plan, to the extent provided for therein.

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**