United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Ellen Penot  
    Debtor

Case No. 18-12507-elf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: Christina     Page 1 of 1     Date Rcvd: Oct 04, 2018  
                        Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 06, 2018.  
db           +Ellen Penot,   59 Ralston Avenue,   Havertown, PA 19083-2237

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 06, 2018                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 4, 2018 at the address(es) listed below:  
         DANIEL T. MCGRORY    on behalf of Debtor Ellen  Penot dmcgrory@pmrbm.com  
         REBECCA ANN SOLARZ    on behalf of Creditor  The Bank of New York Mellon FKA The Bank of New York, as Trustee et al... bkgroup@kmllawgroup.com  
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
         WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com  
                                                                                                                                      TOTAL: 4

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| Ellen Penot | : | |
| | : | NO. 18-12507-elf |

## ORDER

AND NOW, this 4th day of ___October___, 2018, upon review of the Application for Approval of counsel Fees by Daniel T. McGrory, Esquire, it is hereby,

**ORDERED** that compensation of Two Thousand Five Hundred Dollars ($2,500), is hereby **ALLOWED**. One Thousand Five Hundred Dollars ($1,500) was paid prior to filing and One Thousand Dollars ($1,000) will be paid through the confirmed Amended Plan, to the extent provided for therein.

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**