IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br><br>ELLEN PENOT,<br>   Debtor,<br><br>SPECIALIZED LOAN SERVICING, LLC AS SERVICING AGENT FOR THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWABS, INC., ASSET-BACKED CERTIFICATES, SERIES 2007-1,<br>   Movant,<br><br> v.<br>ELLEN PENOT,<br>RICHARD PENOT, and<br>KENNETH E. WEST, Trustee,<br>   Respondents. | Bankruptcy No.  18-12507-elf<br><br>Chapter 13<br><br>Document No. |

## CERTIFICATE OF SERVICE

  I, the undersigned, certify under penalty of perjury that I am, and at all times hereinafter mentioned, more than 18 years of age, that on March 18, 2022, I served a copy of the Motion for Relief from the Automatic Stay and Co-Debtor Stay and a copy of the Notice of Motion, Hearing Date and Response Deadline by first class U.S. Mail, postage prepaid or electronically via the court's CM/ECF system at the following addresses:

| | |
|---|---|
| Ellen Penot<br>Richard Penot<br>59 Ralston Avenue<br>Havertown, PA 19083 | Daniel T. McGrory<br>Bello, Reilley, McGrory & DiPippo, P.C.<br>144 East DeKalb Pike, Suite 300<br>King of Prussia, PA 19406 |
| Kenneth E. West<br>1234 Market Street - Suite 1813<br>Philadelphia, PA 19107 | Office of the U.S. Trustee<br>200 Chestnut Street, Suite 502<br>Philadelphia, PA 19106 |

        By: /s/ Keri P. Ebeck
        Keri P. Ebeck, Esq.
        PA I.D.  # 91298
        kebeck@bernsteinlaw.com
        601 Grant Street, 9th Floor
        Pittsburgh, PA  15219
        (412) 456-8112