IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>ELLEN PENOT<br>　　　　　Debtor<br>SPECIALIZED LOAN SERVICING, LLC<br>AS SERVICING AGENT FOR THE BANK<br>OF NEW YORK MELLON FKA THE BANK OF<br>NEW YORK, AS TRUSTEE FOR THE<br>CERTIFICATEHOLDERS OF THE CWABS<br>INC, ASSET-BACKED CERTIFICATES<br>SERIES 2007-1<br>　　　　　Movant,<br><br>　　　v.<br><br>ELLEN PENOT<br>RICHARD PENOT, and<br>KENNETH E. WEST, Trustee<br>　　　　　Respondents | BK. No. 18-12507-elf<br><br><br><br><br><br>Chapter No. 13 |

## **ANSWER**

1. Admitted.

2. Admitted.

3. Admitted.

4. Admitted.

5. Admitted.

6. Admitted.

7. Denied. This refers to a document which speaks for itself.

8. Denied. This refers to a document which speaks for itself.

9. Denied. The Debtor's equity has increased since the case was filed.

10. Denied.

11.     Denied.  Debtor is desirous of entering into a Stipulation with Movant to cure post-petition arrears.

12.     Denied.

13.     Denied.

WHEREFORE, Debtor requests that the Motion for Relief be denied.

Respectfully Submitted,

BELLO, REILLEY, McGRORY & DiPIPPO, P.C.

Dated: March 21, 2022          By:     /s/ Daniel T. McGrory
              DANIEL T. MCGRORY, ESQUIRE