IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>ELLEN PENOT<br>  Debtor<br>SPECIALIZED LOAN SERVICING, LLC<br>AS SERVICING AGENT FOR THE BANK<br>OF NEW YORK MELLON FKA THE BANK OF<br>NEW YORK, AS TRUSTEE FOR THE<br>CERTIFICATEHOLDERS OF THE CWABS<br>INC, ASSET-BACKED CERTIFICATES<br>SERIES 2007-1<br>  Movant,<br><br>v.<br><br>ELLEN PENOT<br>RICHARD PENOT, and<br>KENNETH E. WEST, Trustee<br>  Respondents | BK. No. 18-12507-elf<br><br><br><br><br><br><br><br><br><br>Chapter No. 13 |

**CERTIFICATE OF SERVICE**

I, Daniel T. McGrory, Esquire, hereby certify that on March 21, 2022, I served a true and correct copy of the Answer to Movant's Motion for Relief from Automatic Stay on the following persons by United States first class mail, postage pre-paid, addressed as follows:

Keri P. Ebeck, Esquire
Bernstein-Burkley, P.C.
Suite 2200 Gulf Tower
Pittsburgh, PA 15219

Dated: March 21, 2022          BY:   /s/ Daniel T. McGrory
                                                Daniel T. McGrory, Esquire
                                                Attorney for Respondent
                                                Ellen Penot